UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FORD MOTOR CO.**

       **Plaintiff(s)**                     Case No. 06-10958
                                                   HON. JOHN FEIKENS

**v.**

**REV WHEEL, L.L.C., ET AL**

       **Defendant(s)**

_____/

## ORDER OF DISMISSAL

    A Complaint having been filed on 3/02/2006 and no service has been accomplished;

    IT IS ORDERED that this case is dismissed for lack of progress.

                                             s/John Feikens
                                             **John Feikens**
                                             **United States District Judge**

**Dated: September 27, 2006**

| |
|---|
| **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 27, 2006.**<br><br>**s/Carol Cohron**<br>**Deputy Clerk** |